IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV134-H

| | |
|---|---|
| **FRANK BETZ ASSOCIATES, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ROBERT INGRAHAM and** )<br>**ROBERT INGRAHAM HOMES, INC.,** )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on "Motion to Admit Pro Hac Vice" (document #8) filed April 19, 2006, requesting admission of Attorney Frank S. Holleman, III to represent Plaintiff Frank Betz Associates, Inc. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: April 19, 2006

*Carl Horn, III*
Carl Horn, III
United States Magistrate Judge