IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV134-H

| | | |
|---|---|---|
| **FRANK BETZ ASSOCIATES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| **ROBERT INGRAHAM and** | ) | |
| **ROBERT INGRAHAM HOMES, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on "Motion to Admit Pro Hac Vice" (document #6) filed April 19, 2006, requesting admission of Attorney Wallace K. Lightsey to represent Plaintiff Frank Betz Associates, Inc. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: April 19, 2006

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge