IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV134-H

| | |
|---|---|
| FRANK BETZ ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| ROBERT INGRAHAM and ) | |
| ROBERT INGRAHAM HOMES, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Motion to Admit Pro Hac Vice" (document #7) filed April 19, 2006, requesting admission of Attorney Troy A. Tessier to represent Plaintiff Frank Betz Associates, Inc. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: April 19, 2006

_____
Carl Horn, III
United States Magistrate Judge